

# Fourth Court of Appeals
## San Antonio, Texas

April 8, 2019

No. 04-18-00745-CV

Jennifer A. **LEMMER** and Andrew J. Luck,
Appellants

v.

**SAN FRANCISCO FEDERAL CREDIT UNION**; TK Credit Recovery; Smith &
Associates; Eric Llewellyn Kaasa, individually and as president of TK Credit Recovery;
and Bret A. Yaple, individually and as legal counsel of TK Credit Recovery,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI07292
Honorable Stephani A. Walsh, Judge Presiding

# O R D E R

Sitting:     Irene Rios, Justice
           Beth Watkins, Justice
           Liza A. Rodriguez, Justice

Appellants have filed a motion to obtain a copy of the electronically filed clerk's record in CD-ROM format from the clerk of this court. In the motion, appellants, who appear pro se in this appeal and are not indigent, argue they should be charged only $17.50 for a copy of the electronically filed clerk's record in CD-ROM format based on the Texas Supreme Court's August 28, 2015 order and Title I, Section 70.3 of the Texas Administrative Code. *See* Order, Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Docket No. 15-9158 (Tex. Aug. 28, 2015); 1 TEX. ADMIN. CODE § 70.3 (Office of the Attorney General, Charges for Providing Copies of Public Information).

We disagree with appellants' interpretation of the supreme court's August 28, 2015 order ("the order"). The order establishes various fees to be charged in civil cases by the courts of appeals. The order states that Title I, Section 70.3 of the Texas Administrative Code applies to charges for "personnel, overhead, and document retrieval." However, the order does not state that Title I, Section 70.3 applies to copies of electronically filed clerk's records in CD-ROM

format. In fact, the order does not mention copies of electronically filed clerk's records in CD-ROM format.

Therefore, to the extent appellants seek to obtain a copy of the electronically filed clerk's record in CD-ROM format for $17.50, their motion is DENIED. However, appellants may obtain a copy of the electronically filed clerk's record in CD-ROM format by paying the customary fee charged by the clerk of this court, which is $.10 per page for the first one hundred pages and $.50 per page for each page thereafter. Appellants also have the option of obtaining a copy of the clerk's record from the trial court clerk under the terms established by the trial court clerk.

It is so ORDERED on April 8, 2019.

PER CURIAM

ATTESTED TO:
KEITH E. HOTTLE,
Clerk of Court